```
1    Mark A. Neubauer (SBN 73728)
     Rebecca Edelson (SBN 150464)
2    STEPTOE & JOHNSON LLP
     2121 Avenue of the Stars, Suite 2800
3    Los Angeles, California 90067-5052
     Telephone:  (310) 734-3200
4    Facsimile:(310) 734-3300
     Email:    mneubauer@steptoe.com
5    Email:    redelson@steptoe.com
6
     Attorneys for DePUY ORTHOPAEDICS, INC., and
7    JOHNSON & JOHNSON SERVICES, INC.
8
```

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROB BEHRENS<br><br>         Plaintiff,<br><br>    vs.<br><br>DePUY ORTHOPAEDICS, INC., and JOHNSON & JOHNSON SERVICES, INC. and DOES 1-100, inclusive,<br><br>         Defendants. | Case No.: 2:12-cv-02389-JAM-GGH<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Assigned to the Honorable John A. Mendez, Courtroom 6<br><br>Notice of Removal filed: 9/19/12<br>Pretrial Conference:  Not Set<br>Trial Date:   Not Set |

---

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO TO RESPOND TO COMPLAINT

Doc. # CC-272610 v.1

1  The Stipulation of the parties having been considered, and good cause
2  appearing therefor,
3  IT IS HEREBY ORDERED that Defendants may have until November 6,
4  2012 to file their response to the Complaint.
5
6
7  Dated:   10/11/2012                    /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
8                                         UNITED STATES DISTRICT
                                          COURT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT                                           Doc. # CC-272610 v.1