Mark A. Neubauer (SBN 73728)
Rebecca Edelson (SBN 150464)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile:(310) 734-3300
Email:    mneubauer@steptoe.com
Email:    redelson@steptoe.com

Attorneys for DePUY ORTHOPAEDICS, INC., and
JOHNSON & JOHNSON SERVICES, INC.

# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROB BEHRENS,<br><br>Plaintiff,<br><br>vs.<br><br>DePUY ORTHOPAEDICS, INC., and JOHNSON & JOHNSON SERVICES, INC. and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02389-JAM-GGH<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Assigned to the Honorable John A. Mendez<br><br>Date:  February 6, 2013<br>Time:  1:30 p.m.<br>Place:  Courtroom 6<br><br>Notice of Removal filed: 9/19/12<br>Pretrial Conference: Not Set<br>Trial Date:  Not Set |

Defendants DePuy Orthopaedics, Inc. and Johnson & Johnson Services, Inc.'s Motion to Dismiss Complaint, Or In The Alternative, Transfer Venue, and all moving, opposition and reply papers and any oral argument having been considered, and good cause appearing therefor, IT IS HEREBY ORDERED that **Defendants' Motion to Transfer Venue** is GRANTED as follows:

The Court finds that the following venue is in the interests of justice and orders that this action shall be transferred to the United States District Court for the District of New Jersey under 28 U.S.C. § 1404(a), a district that the Court finds this action could have been filed in.

The Court's clerk is directed to transfer the Court's file on this action to the clerk of the the District of New Jersey so that the transfer of the action can be accomplished.

**Defendants' Motion to Dismiss** is DENIED.  IT IS SO ORDERED.

Dated: 2/20/2013            /s/ John A. Mendez_____
                            JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

FLESHER BROOM AND McKAGUE LLP
Brett L. McKague, Esq.
Erica L. Rosasco, Esq.
Julia A. Gahagan, Esq.
Jeremiah J. Harvey, Esq

By:   /s/ Erica L. Rosasco_____
Attorneys for Plaintiff Rob Behrens

STEPTOE & JOHNSON LLP
Mark A. Neubauer
Rebecca Edelson

By:   /s/ Mark A. Neubauer_____
Attorneys for Defendants DePUY ORTHOPAEDICS, INC., and
JOHNSON & JOHNSON SERVICES, INC.